IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM BOYD PIERCE, TDCJ #01208957, | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. H-19-3194 |
| | § |
| BRYAN COLLIER, et al., | § § § |
| Defendants. | § § |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum and Order signed on this date, Plaintiff William Boyd Pierce's claims are **DISMISSED** with prejudice.

Plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 21st day of March, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE